# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE LORENZO AMAYA ALEMAN, | No. 3:20-CV-00448 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| CRAIG LOWE, *et al.*, | |
| Respondents. | |

## ORDER

**APRIL 27, 2020**

Jose Lorenzo Amaya Aleman, an individual previously detained by the United States Department of Homeland Security, Immigration and Customs Enforcement, filed this 28 U.S.C. § 2241 petition challenging the legality of his detention pending his removal from the county.[1] Aleman later filed a motion for a temporary restraining order.[2] On April 6, 2020, Magistrate Judge Joseph F. Saporito, Jr., issued a Report and Recommendation recommending that this Court deny as moot the motion for a temporary restraining order and dismiss as moot Aleman's petition, as Aleman has been removed from the United States.[3] No timely objections were filed to this Report and Recommendation.

---

[1] Doc. 1.
[2] Doc. 3.
[3] Doc. 11.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[4] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[5] After reviewing the record, the Court finds no error—clear or otherwise—in Magistrate Judge Saporito's conclusion that this Court may no longer grant the requested relief, and that Aleman's § 2241 petition is therefore moot. Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s Report and Recommendation (Doc. 11), is **ADOPTED**;

2. Aleman's motion for a temporary restraining order (Doc. 3) is **DENIED** as moot;

3. Aleman's 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** as moot; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[4] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.